# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Civil Action No.:3:22-cv-37

| | |
|---|---|
| MARGARET CHAMBERS,<br><br>          Plaintiff,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF JUSTICE; TIMOTHY R. RODGERS, in his individual and official capacity; and ROBIN P. PENDERGRAFT, in her individual and official capacity,<br><br>          Defendants. | DEFENDANTS' PETITION FOR REMOVAL OF CIVIL ACTION 12 CVS 18855 FROM MECKLENBURG COUNTY CIVIL SUPERIOR COURT |

PURSUANT to 28 U.S.C. §§ 1441(a) and (b), Defendants The North Carolina Department of Justice(hereinafter "NCDOJ"), Timothy R. Rodgers, and Robin P. Pendergraft (together "Individual Defendants") hereby petition for removal of Civil Action 12 CVS 18855 from Mecklenburg County Superior Court to this Honorable Court. In support of the petition, Defendant NCDOJ and the Individual Defendants show the Court the following:

1. On November 19, 2022, Plaintiff filed her Complaint in the above-referenced action.

2. The Complaint purported to allege three causes of action which arise under federal law, specifically the Fourteenth Amendment to the Constitution of the United States, and asserts they are entitled to relief pursuant to 42 U.S.C. § 1983.

3. A copy of the Summons and Complaint was served on Defendant NCDOJ and Individual Defendants on January 4, 2022.

4. Because plaintiff purports to bring a claim arising under the laws of the United

States, this Court has original jurisdiction over those claims. 28 U.S.C. § 1331.

5. Because those claims are within this Court's original jurisdiction, Defendants may remove the action to this Court. 28 U.S.C. §§ 1441(a) and (b).

6. Copies of all process and pleadings in possession of Defendants' counsel are attached to this petition, as Exhibit A. Defendants are also filing, in this Court and in the Mecklenburg County Superior Court, formal notice of this petition for removal, as required by 28 U.S.C. § 1446(d), and has requested a complete copy of the state court file to be filed in this Court.

7. Because Defendants received the Complaint on January 4, 2022, this petition for removal is timely. 28 U.S.C. § 1446(b) (thirty days after receipt of pleading).

8. All defendants served with the Complaint in the State Court Action consent to and join in this Petition.

WHEREFORE, Defendants ask that Civil Action 21 CVS 18885 be removed from the Mecklenburg County Superior Court, to the United States District Court for the Western District of North Carolina.

Respectfully submitted, this 27th day of January, 2022.

JOSHUA H. STEIN
North Carolina Attorney General

_____
Tamika Henderson
Special Deputy Attorney General
N.C. State Bar No. 42398
N.C. Department of Justice
P.O. Box 629

Raleigh, NC 27602-0629
Telephone: (919) 716-6566
FAX: (919) 716-6763
thenderson@ncdoj.gov

**3**

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing DEFENDANTS' PETITION FOR REMOVAL in the above titled action upon all parties to this cause by depositing a copy in the United States Mail, postage prepaid, addressed as follows:

Bert J. Miano
MIANO LAW PC
3116 Weddington Road, Suite 900-1049
Matthews, NC 28105

This the 27th day of January, 2022.

_____
Tamika L. Henderson
Special Deputy Attorney General