# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Margaret Chambers, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00037-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Timothy Rodgers | ) | |
| North Carolina Department of Justice | | |
| Robin Pendergraft, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 6, 2022 Order.

May 6, 2022

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court