FILED: April 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 22-1629
(3:22-cv-00037-MOC-DCK)

———————————

MARGARET CHAMBERS

       Plaintiff - Appellant

v.

NORTH CAROLINA DEPARTMENT OF JUSTICE; TIMOTHY RODGERS, in
his individual and official capacity; ROBIN PENDERGRAFT, in her individual
and official capacity

       Defendants - Appellees

———————————

J U D G M E N T

———————————

In accordance with the decision of this court, the judgment of the district

court is affirmed in part and vacated in part. This case is remanded to the district

court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in

accordance with <u>Fed. R. App. P. 41</u>.

/s/ PATRICIA S. CONNOR, CLERK