FILED: May 9, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1629
(3:22-cv-00037-MOC-DCK)

_____

MARGARET CHAMBERS

       Plaintiff - Appellant

v.

NORTH CAROLINA DEPARTMENT OF JUSTICE; TIMOTHY RODGERS, in his individual and official capacity; ROBIN PENDERGRAFT, in her individual and official capacity

       Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered April 17, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*