IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-037-MOC-DCK

| MARGARET CHAMBERS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| TIMOTHY RODGERS, and ROBIN PENDERGRAFT, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Individual Defendants' Motion To Dispense With Mediated Settlement Conference" (Document No. 25) filed April 19, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, in the interests of judicial economy and efficient case management, and following consultation with Judge Cogburn's chambers, the undersigned will grant the motion.

In this instance, the Court will not *require* the parties to file a mediation report; however, both sides are respectfully encouraged to keep communications open about a possible agreement to resolve this matter.

**IT IS, THEREFORE, ORDERED** that "Individual Defendants' Motion To Dispense With Mediated Settlement Conference" (Document No. 25) is **GRANTED**.

Signed: April 19, 2024

David C. Keesler
United States Magistrate Judge